**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**David Lloyd RUTKOSKE,**
**Defendant–Appellant.**

No. 08–40737
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 23, 2009.

Ramona Stephens Notinger, U.S. Department of Justice Tax Division, Dallas, TX, Maureen Clancy Smith, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Texas Sherman, TX, for Plaintiff–Appellee.

Robert Gerard Arrambide, Federal Defender's Office Eastern District of Texas, Sherman, TX, for Defendant–Appellant.

Before KING, STEWART, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent David Lloyd Rutkoske has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rutkoske has filed a response. Our independent review of the record, counsel's brief, and Rutkoske's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be